JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE ROBINSON, | ) Case No. CV 11-7755-DMG (SP) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

Pursuant to the Memorandum and Order Dismissing Petition for Writ of *Habeas Corpus*,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: October 12, 2011

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE